# United States Bankruptcy Court
# Middle District of Tennessee

| | | |
|---|---|---|
| In Re: PreSys Data, LLC | ) | Case No. 3:16-BK-08107-CMW |
| | ) | |
| Alleged Debtor | ) | |
| | ) | Chapter 7 |
| | ) | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on November 11, 2016, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:    US Bankruptcy Court Clerk
    701 Broadway, Ste 200
    Nashville, TN 37203

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:
    John Leland Murphree
    Maynard Cooper & Gale PC
    1901 6th Ave North, Ste 2400
    Birmingham , AL 35203
    (205)-254-1103

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

    Matthew Loughney, Clerk

Date: 11/14/2016    By: M.Howell

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

316-08107-CMW

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[Describe the mode of service and the address at which the debtor was served]:*

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, no less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

    Print Name:          _____

    Business Address:    _____

                                    _____

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).