B2530

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/9/2016



# United States Bankruptcy Court
## Middle District Of Tennessee

In re **PreSys Data, LLC**     Case No. **3:16-bk-08107-CMW**
                  Debtor*

Address: **104 Cavalcade Dr., Franklin, TN 37069**     Chapter **7**

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): **N/A**
Employer Tax-Identification (EIN) No(s).(if any): **N/A**

## ORDER FOR RELIEF IN
## AN INVOLUNTARY CASE

On consideration of the petition filed on **November 11, 2016** against
(date)
the above-named debtor, an order for relief under chapter **7** of the Bankruptcy Code (title 11

of the United States Code) is granted.

**12/8/2016**
Date                                                           Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.