```
                          United States Bankruptcy Court
                          Middle District of Tennessee
```

In re:                                                        Case No. 16-08107-CMW
PreSys Data, LLC                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3    User: kmw2408    Page 1 of 1    Date Rcvd: Dec 12, 2016
    Form ID: 309C    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
```
aty         +JOHN LELAND MURPHREE,   MAYNARD COOPER & GALE PC,   1901 6TH AVENUE NORTH SUITE 2400,
              BIRMINGHAM, AL 35203-4604
tr          +JOHN C. MCLEMORE,   LAW OFFICE OF JOHN C. McLEMORE, PLLC,   2000 RICHARD JONES RD., STE. 250,
              NASHVILLE, TN 37215-2885
adb         +PreSys Data, LLC,   104 Cavalcade Dr.,   Franklin, TN 37069-1800
ptcrd       +Teklinks, Inc.,   201 Summit Parkway,   Birmingham, AL 35209-4731
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
```
              BETH ROBERTS DERRICK    on behalf of U.S. Trustee    US TRUSTEE beth.r.derrick@usdoj.gov
              JOHN C. MCLEMORE    gmyecfkr@gmylaw.com, jcm@trustesolutions.com;jcm@trustesolutions.net
              JOHN LELAND MURPHREE    on behalf of Petitioning Creditor    Teklinks, Inc.
               lmurphree@maynardcooper.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **PreSys Data, LLC** <br> Name | EIN **00–0000000** |
| United States Bankruptcy Court **MIDDLE DISTRICT OF TENNESSEE** <br> Case number: **3:16–bk–08107** | | Date case filed for chapter **7  11/11/16** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | PreSys Data, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 104 Cavalcade Dr. <br> Franklin, TN 37069 | |
| 4. | **Debtor's attorney** <br> Name and address | None | |
| 5. | **Bankruptcy trustee** <br> Name and address | JOHN C. MCLEMORE <br> LAW OFFICE OF JOHN C. McLEMORE, PLLC <br> 2000 RICHARD JONES RD., STE. 250 <br> NASHVILLE, TN 37215 | Contact phone: 615 383–9495 <br><br> Email: None |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 Broadway Room 170 <br> Nashville, TN 37203 | Hours open: 8:00AM–4:00PM <br> Monday–Friday <br><br> Contact phone: 615–736–5584 <br><br> Date: 12/12/16 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 11, 2017 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Valid photo identification required *** | Location: <br><br> **Customs House, 701 Broadway, Room 100, Nashville, TN 37203** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**