```
                          United States Bankruptcy Court
                          Middle District of Tennessee
```

In re:                                                          Case No. 16-08107-CMW
PreSys Data, LLC                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: jtd0107      Page 1 of 1      Date Rcvd: Dec 12, 2016
                         Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
adb          +PreSys Data, LLC,   104 Cavalcade Dr.,   Franklin, TN 37069-1800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
         BETH ROBERTS DERRICK     on behalf of U.S. Trustee     US TRUSTEE beth.r.derrick@usdoj.gov
         JOHN LELAND MURPHREE     on behalf of Petitioning Creditor     Teklinks, Inc.
          lmurphree@maynardcooper.com
         US TRUSTEE     ustpregion08.na.ecf@usdoj.gov
                                                                                                               TOTAL: 3

B2530 (
/s/ Charles M. Walker
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/9/2016



# United States Bankruptcy Court

__Middle__ District Of __Tennessee__

In re __PreSys Data, LLC__  Case No. __3:16-bk-08107-CMW__
   Debtor*

Address: __104 Cavalcade Dr., Franklin, TN 37069__   Chapter __7__

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): __N/A__
Employer Tax-Identification (EIN) No(s).(if any): __N/A__

### ORDER FOR RELIEF IN
### AN INVOLUNTARY CASE

On consideration of the petition filed on __November 11, 2016__ against
(date)
the above-named debtor, an order for relief under chapter __7__ of the Bankruptcy Code (title 11
of the United States Code) is granted.

__12/8/2016__   _____
Date      Bankruptcy Judge

_____
*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.