United States Bankruptcy Court
Middle District of Tennessee

In re:  
PreSys Data, LLC  
    Debtor

Case No. 16-08107-CMW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0650-3    User: jtd0107    Page 1 of 1    Date Rcvd: Dec 13, 2016  
               Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2016.  
adb         +PreSys Data, LLC,    104 Cavalcade Dr.,    Franklin, TN 37069-1800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2016 at the address(es) listed below:  
         BETH ROBERTS DERRICK    on behalf of U.S. Trustee    US TRUSTEE beth.r.derrick@usdoj.gov  
         JOHN C. MCLEMORE    gmyecfkr@gmylaw.com,    jcm@trustesolutions.com;jcm@trustesolutions.net  
         JOHN LELAND MURPHREE    on behalf of Petitioning Creditor    Teklinks, Inc.  
          lmurphree@maynardcooper.com  
         US TRUSTEE    ustpregion08.na.ecf@usdoj.gov  
                                                                                          TOTAL: 4

B2530 (

/s/ Charles M. Walker
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/9/2016



# United States Bankruptcy Court
## Middle District Of Tennessee

In re: **PreSys Data, LLC**
Debtor*

Case No. **3:16-bk-08107-CMW**

Address: **104 Cavalcade Dr., Franklin, TN 37069**

Chapter **7**

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): **N/A**

Employer Tax-Identification (EIN) No(s).(if any): **N/A**

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on **November 11, 2016** (date) against the above-named debtor, an order for relief under chapter **7** of the Bankruptcy Code (title 11 of the United States Code) is granted.

**12/8/2016**
Date

_____
Bankruptcy Judge

_____

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.