**Fill in this information to identify the case:**

Debtor name    **PreSys Data, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   **16-08107**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2017**    X **/s/ James D. Adams**
                                        Signature of individual signing on behalf of debtor

                                        **James D. Adams**
                                        Printed name

                                        **President & CEO**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **PreSys Data, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **16-08107**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **1,332,293.82**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **1,332,293.82**

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **60,192.85**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **1,293,968.36**

4. **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b $     **1,354,161.21**

**Fill in this information to identify the case:**

Debtor name    **PreSys Data, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **16-08107**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **The Debtor had been idle since 3/1/16. All checking accounts closed before bankrutpcy.** | | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 3,733.82 | - | 0.00 | = .... | $3,733.82 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

11a. 90 days old or less:          **408,000.00**    -           **0.00**  = ....          **$408,000.00**
                                   face amount              doubtful or uncollectible accounts

---

12.  **Total of Part 3.**                                                              **$411,733.82**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Cable and other electric equipment on job sites.** **This is itemized in the supporting documents for the ARs.** | | **$0.00** | | **$200,000.00** |
| 20. **Work in progress** **$600,000.00 on incomplete contracts** | | **$0.00** | | **$600,000.00** |

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                              **$800,000.00**
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☒ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☒ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** <br> **Coffee maker, mugs, sponges & cleaning supplies** | | | |
| **All items in StorPlace of Franklin, 1138 Murfreesboro Rd., Franklin, TN 37064** | $0.00 | | $10.00 |
| **Paper, envelopes, staplers, etc.** | | | |
| **All items in StorPlace of Franklin, 1138 Murfreesboro Rd., Franklin, TN 37064** | $0.00 | | $50.00 |
| **With the exception of items in storage all FF&E was sold before bankrutpcy filed.** | $0.00 | | $0.00 |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Monitor, server rack, assorted switches & hubs, keyboards, mice, 2 laptops, fiber terminations** | | | |
| **All items in StorPlace of Franklin, 1138 Murfreesboro Rd., Franklin, TN 37064** | $0.00 | | $500.00 |
| **1 laptop at Jim Adam's home** | | | |
| **104 Cavalcade Drive, Franklin, TN 37069** | $100.00 | | $0.00 |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**            **$560.00**
Add lines 39 through 42. Copy the total to line 86.

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Graybar Electric Co. Inc. v. PreSys Data, Davidson County Chancery 16-0440-II. Settlement agreement. Debtor owed $120,0000.** | **$120,000.00** |

| Nature of claim | **Simon Properties paid Graybar in error.** |
|---|---|
| Amount requested | **$120,000.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
|  | **See Answer to AR question.** | **$0.00** |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

country club membership

78.  **Total of Part 11.**                                                             $120,000.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $411,733.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $800,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $560.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $120,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,332,293.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,332,293.82 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 3:16-bk-08107    Doc 31    Filed 02/01/17    Entered 02/01/17 10:49:22    Desc Main
                    Document        Page 8 of 38

**Fill in this information to identify the case:**

Debtor name    **PreSys Data, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   **16-08107**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PreSys Data, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | **16-08107** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Bradley V. Baggett** | *Check all that apply.* | | |
| | **1206 Bay Street** | ☐ Contingent | | |
| | **Morehead City, NC 28557** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid Wages** | | |
| | Last 4 digits of account number **9262** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | ☑ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Caleb A. Wood** | *Check all that apply.* | | |
| | **6532 Cedar Breeze Road** | ☐ Contingent | | |
| | **Knoxville, TN 37918** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid wages** | | |
| | Last 4 digits of account number **7717** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | ☑ No ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**2.3**

Priority creditor's name and mailing address
**Chris McGhee**
**1541 Morrison Rd.**
**Concord, NC 28025**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number **6817**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4**

Priority creditor's name and mailing address
**Corey Painter**
**10518 Truelight Church Road**
**Mint Hill, NC 28270**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number **4591**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5**

Priority creditor's name and mailing address
**Edwin L. Magras**
**5305 Cochran Drive**
**Nashville, TN 37220**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number **4288**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6**

Priority creditor's name and mailing address
**IRS**
**MDP 28**
**801 Broadway**
**Nashville, TN 37203**

As of the petition filing date, the claim is: **$34,388.22** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/14**

Basis for the claim:

Last 4 digits of account number **1017**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case 3:16-bk-08107    Doc 31    Filed 02/01/17    Entered 02/01/17 10:49:22    Desc Main
Document     Page 11 of 38

| 2.7 | Priority creditor's name and mailing address<br>**IRS**<br>**MDP 28**<br>**801 Broadway**<br>**Nashville, TN 37203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,709.17** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**12/31/15** | Basis for the claim: | | |
| | Last 4 digits of account number **1017**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**James Adams**<br>**104 Cavalcade Drive**<br>**Franklin, TN 37069** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Jeremy R. Caddell**<br>**331 Fox Hunters Court**<br>**Powell, TN 37849** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number **3136**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Jordan T. Davis**<br>**7713 Freeway Heights**<br>**Knoxville, TN 37938** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number **6025**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 3:16-bk-08107    Doc 31    Filed 02/01/17    Entered 02/01/17 10:49:22    Desc Main
Document     Page 12 of 38

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Krystopher Wrenn**
**2614 Hemple Street**
**Chesapeake, VA 23322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid wages** |
| --- | --- |

Last 4 digits of account number **5332**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Matthew B. Caddell**
**2801 Lindsey Mill Circle**
**Rocky Top, TN 37769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid wages** |
| --- | --- |

Last 4 digits of account number **1667**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Michael Romero**
**1716 Terra Cotta Drive**
**Rivira Beach, FL 33404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid wages** |
| --- | --- |

Last 4 digits of account number **6049**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Nicholas Hall**
**331 Fox Hunters Court**
**Powell, TN 37849**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid wages** |
| --- | --- |

Last 4 digits of account number **3140**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Norberto Bellran**
**6626 E. Lowe Ave.**
**Fresno, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number **9395**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Oscar Rodriguez**
**435 Perry Ave.**
**Greenacres, FL 33463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number **7014**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Senai Sintayehu**
**1513 Mount Mitchell Ct.**
**Antioch, TN 37013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number **8185**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$230.00** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**State of FL**
**Department of Revenue**
**1415 W. US Highway**
**Lake City, FL 32055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/30/16**

Basis for the claim:

Last 4 digits of account number **6184**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case 3:16-bk-08107   Doc 31   Filed 02/01/17   Entered 02/01/17 10:49:22   Desc Main
Document     Page 14 of 38

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**State of NC**
**Department of Revenue**
**2800 Heart Dr.**
**Asheville, NC 28806**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**4/30/16**

Basis for the claim:

Last 4 digits of account number **6184**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00** | **$0.00** |

**State of TN**
**312 Rosa L. Parks Ave., 6th Fl.**
**Nashville, TN 37243**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**State of TN**
**Dept of Labor and Workforce**
**P.O. Box 24150**
**Nashville, TN 37202**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**7/20/16**

Basis for the claim:
**May have a credit balance of $289.53**

Last 4 digits of account number **2969**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$765.46** | **$0.00** |

**State of TN**
**Department of Revenue**
**P.O. Box 739**
**Columbia, TN 38402**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
**7/12/16**

Basis for the claim:

Last 4 digits of account number **0712**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Thomas Richardson**
**357 Lakemont Circle**
**Franklin, TN 37067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number **5528**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**William C. Woffford**
**19113 Amblance Way**
**Franklin, TN 37067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number **4211**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,578.50** |
| --- | --- | --- | --- |

**Advanced Test Equipment Rentals**
**10401 Roselle Street**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **A001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$267.35** |
| --- | --- | --- | --- |

**AT&T**
**8625 Crown Crescent Ct.**
**Charlotte, NC 28247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/16**

Basis for the claim: _

Last 4 digits of account number  **6486**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.17** |
| --- | --- | --- | --- |

**AT&T**
**P.O. Box 9100**
**Farmingdale, NY 11735-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/16**

Basis for the claim: _

Last 4 digits of account number  **5602**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-08107   Doc 31   Filed 02/01/17   Entered 02/01/17 10:49:22   Desc Main
Document       Page 16 of 38

| | | |
| --- | --- | --- |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**P.O. Box 5080**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred **8/18/16**<br><br>Last 4 digits of account number **2147** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350.98** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**8625 Crown Crescent Ct.**<br>**Charlotte, NC 28247**<br><br>Date(s) debt was incurred **7/5/16**<br><br>Last 4 digits of account number **5001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$246.77** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**P.O. Box 5025**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred **7/23/16**<br><br>Last 4 digits of account number **0714** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$336.12** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**P.O. Box 5093**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred **7/7/16**<br><br>Last 4 digits of account number **6652** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$302.55** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**P.O. Box 5093**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred **4/9/16**<br><br>Last 4 digits of account number **1092** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$198.39** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred **4/21/16**<br><br>Last 4 digits of account number **0746** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **May have a credit balance of $171.57**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**P.O. Box 5093**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred **4/2/16**<br><br>Last 4 digits of account number **5622** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$255.88** |

Case 3:16-bk-08107    Doc 31    Filed 02/01/17    Entered 02/01/17 10:49:22    Desc Main
Document      Page 17 of 38

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.51 |
|---|---|---|---|

**AT&T**
P.O. Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/16**

Basis for the claim:  _

Last 4 digits of account number  **9190**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.40 |
|---|---|---|---|

**AT&T**
P.O. Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/16**

Basis for the claim:  _

Last 4 digits of account number  **3841**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.71 |
|---|---|---|---|

**ATMOS Energy**
P.O. Box 2207
Augusta, GA 30903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/16**

Basis for the claim:  _

Last 4 digits of account number  **0653**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017.41 |
|---|---|---|---|

**Bell Canada**
C.P./P.O. Box 8712
Montrel, Quebec H3C3P6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/16**

Basis for the claim:  _

Last 4 digits of account number  **8865**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.84 |
|---|---|---|---|

**Bell Canada**
C.P./P.O. Box 8712
Montrel, Quebec H3C3P6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/16**

Basis for the claim:  _

Last 4 digits of account number  **9888**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.90 |
|---|---|---|---|

**Big Head Web Host**
P.O. Box 24713
Knoxville, TN 37933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **4343**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.42 |
|---|---|---|---|

**Bradsher & Bright, LLC**
dba AlphaGraphics
600 B Frazier Drive, Suite 130
Franklin, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/16**

Basis for the claim:  _

Last 4 digits of account number  **7793**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.49 |
|---|---|---|---|
| | **Bradsher & Bright, LLC**<br>**dba AlphaGraphics**<br>**600 B Frazier Drive., Suite 130**<br>**Franklin, TN 37064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7796** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.98 |
|---|---|---|---|
| | **Bradsher & Bright, LLC**<br>**dba AlphaGraphics**<br>**600 B Frazier Drive, Suite 130**<br>**Franklin, TN 37064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/29/16** | Basis for the claim: _ | |
| | Last 4 digits of account number **7797** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.28 |
|---|---|---|---|
| | **Century/Link**<br>**P.O. Box 91154**<br>**Seattle, WA 98111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/7/16** | Basis for the claim: _ | |
| | Last 4 digits of account number **7489** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.99 |
|---|---|---|---|
| | **Charter Communications**<br>**P.O. Box 790086**<br>**Saint Louis, MO 63179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/3/16** | Basis for the claim: _ | |
| | Last 4 digits of account number **3506** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|
| | **Charter Communications**<br>**P.O. Box 60187**<br>**Los Angeles, CA 90060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/1/16** | Basis for the claim: _ | |
| | Last 4 digits of account number **4998** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,562.00 |
|---|---|---|---|
| | **Cincinnati Insurance**<br>**44 Vantage Way, Suite 500**<br>**Nashville, TN 37228** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **4/7/16** | Basis for the claim: _ | |
| | Last 4 digits of account number **1347** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.50 |
|---|---|---|---|
| | **Clerk & Master**<br>**One Public Square, Suite 308**<br>**Nashville, TN 37201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/09/16** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $626.39 |
|---|---|---|---|

**Comcast**
P.O. Box 530098
Atlanta, GA 30353

Date(s) debt was incurred **4/11/16**

Last 4 digits of account number **5013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $455.50 |
|---|---|---|---|

**Comcast**
P.O. Box 3001
Southeastern, PA 19398

Date(s) debt was incurred _

Last 4 digits of account number **8226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $247.54 |
|---|---|---|---|

**Comcast**
P.O. Box 530098
Atlanta, GA 30353

Date(s) debt was incurred _

Last 4 digits of account number **3149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,963.80 |
|---|---|---|---|

**Cox Business**
P.O. Box 1259, Dept. #102434
Oaks, PA 19456

Date(s) debt was incurred **7/8/16**

Last 4 digits of account number **5501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $184.98 |
|---|---|---|---|

**Cox Business**
P.O. Box 1259, Dept. #99507
Oaks, PA 19456

Date(s) debt was incurred **3/28/16**

Last 4 digits of account number **9901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,800.00 |
|---|---|---|---|

**DiscoverOrg, LLC**
P.O. Box 1389
Kenner, LA 70063

Date(s) debt was incurred **7/29/16**

Last 4 digits of account number **2148**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $313.10 |
|---|---|---|---|

**Fairpoint Communications**
P.O. Box 5200
White River Junction, VT 05001

Date(s) debt was incurred **8/5/16**

Last 4 digits of account number **3757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.21** |
|---|---|---|---|

**Frontier Communications**
**1500 MacCorkle Ave. SE**
**Charleston, WV 25396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/16**

Basis for the claim: _

Last 4 digits of account number  **0441**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688,496.17** |
|---|---|---|---|

**Graybar Electric Company, Inc.**
**501 Union Street, Suite 701**
**Nashville, TN 37219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/16**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,747.54** |
|---|---|---|---|

**Jill Hudson, Attorney at Law**
**136 4th Ave. S.**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Legal Expenses re: dispute with Teklinks**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226.06** |
|---|---|---|---|

**Pitney Bowes**
**2225 American Drive**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4/16**

Basis for the claim: _

Last 4 digits of account number  **7069**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,666.63** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**P. O. Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/16**

Basis for the claim: _

Last 4 digits of account number  **0426**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508,993.22** |
|---|---|---|---|

**Teklinks, Inc.**
**201 Summit Parkway**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.86** |
|---|---|---|---|

**Verizon**
**P.O. Box 15124**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/16**

Basis for the claim: _

Last 4 digits of account number  **0107**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.39 |
|---|---|---|---|

**Verizon**
P.O. Box 15124
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/29/16**

Basis for the claim: _

Last 4 digits of account number **0091**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.25 |
|---|---|---|---|

**Verizon**
P.O. Box 15124
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/12/16**

Basis for the claim: _

Last 4 digits of account number **0114**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.70 |
|---|---|---|---|

**Verizon**
P.O. Box 15124
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/24/16**

Basis for the claim: _

Last 4 digits of account number **0106**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.88 |
|---|---|---|---|

**Williamson County and the
City of Franklin**
P.O. Box 648
Franklin, TN 37065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/16/16**

Basis for the claim: _

Last 4 digits of account number **5387**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John Leland Murphree**<br>**Maynard Cooper & Gale PC**<br>**1901 6th Ave. N, Suite 2400**<br>**Birmingham, AL 35203** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jonathan B. Harris**<br>**Morgan, Akins & Clark, PLLC**<br>**2000 Richard JOnes Rd., Ste. 260**<br>**Nashville, TN 37215** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 60,192.85 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,293,968.36 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,354,161.21 |

Fill in this information to identify the case:

Debtor name **PreSys Data, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **16-08107**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.     **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest |  |
|  State the term remaining |  |
|  List the contract number of any government contract |  |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest |  |
|  State the term remaining |  |
|  List the contract number of any government contract |  |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest |  |
|  State the term remaining |  |
|  List the contract number of any government contract |  |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest |  |
|  State the term remaining |  |
|  List the contract number of any government contract |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Case 3:16-bk-08107    Doc 31    Filed 02/01/17    Entered 02/01/17 10:49:22    Desc Main
Document      Page 23 of 38

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **James Adams** | **104 Cavalcade Drive**<br>**Franklin, TN 37069** | **Graybar Electric Company, Inc.** | ☐ D _____<br>■ E/F   **3.33** _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **PreSys Data, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known) **16-08107**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$128,533.74** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,899,633.42** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$1,860,334.80** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Adams** 104 Cavalcade Dr. Franklin, TN 37069 | **Monthly** | **$5,000.00** | **Monthly salary when funds available. All paymnets ceased by 4/18/2016.** |
| 4.2. **Thomas Richardson** 357 Lakemont Circle Franklin, TN 37067 Employee | **Bi-Monthly** | **$2,175.00** | **Bi-Monthly Salary when funds available.** |
| 4.3. **John Solberg** 4302 Idaho Avenue Nashville, TN 37209 Employee | **Bi-monthly** | **$2,511.94** | **Bi-monthly Salary when funds available.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Graybar Electric Company, Inc.** 501 Union Street, Suite 701 Nashville, TN 37219 | **Misdirected payment by Simon Properties to Graybar Electric that should have come to Debtor.** | **Before 11/11/2016 (approximatel y 3/1/16)** | $120,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Graybar Electric Co. Inc. v. PreSys Data, LLC 16-0440-III** | **Collection on account. Settled** | **Davidson County Chancery Court** | ☐ Pending ☐ On appeal ■ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Teklinks v. PresSys Data, LLC**<br>**3:15-cv-908** | **Collection suit** | **US District Court, Middle District of TN** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **3-D Technology Group 101 Forest Crossing Blvd., Suite 107 Franklin, TN 37064** | **Sold misc. FF&E.** | **4/12/2016** | **$15,000.00** |
| | **Relationship to debtor None** | | | |

---

## Part 7:  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **104 Confederate Dr. Franklin, TN 37064** | **2013 to October 2014** |
| 14.2. | **Suite 107, 101 Forest Crossings Blvd. Franklin, TN 37064** | **October 2014 to March 2016** |

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Regions Bank** | **XXXX-2147** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **6/20/16 (negative balance of -384.97)** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **StorPlace of Franklin**<br>**1138 Murfreesboro Rd.**<br>**Franklin, TN 37064** | **James Adams, Bethney Adams and Thomas Richardson** | **Businesss records, office supplies, some computer equipment.** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **James and Bethney Adams**<br>**104 Cavalcade Drive**<br>**Franklin, TN 37069** | **StorPlace of Franklin**<br>**1138 Murfreesboro Rd.**<br>**Franklin, TN 37064** | **The Adams share the StorPlace of Franklin location with Debtor. They have childrens clothing, furnishings and photos and some financial records in the locker.** | **$500.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | | Date of service<br>From-To |
    |---|---|---|
    | 26a.1. | **Amy Blankenship**<br>**2401 Manderly Trail**<br>**Franklin, TN 37069** | **Until 6/2015** |
    | 26a.2. | **Amy Kecieh**<br>**918 Maple St.**<br>**Lewisburg, TN 37091** | **Left about 6/2015** |
    | 26a.3. | **James Adams**<br>**104 Cavalcade Dr.**<br>**Franklin, TN 37069** | **June 2015 to**<br>**closure** |
    | 26a.4. | **ADP, LLC**<br>**810 Royal Pkwy.**<br>**Nashville, TN 37214** | **Prepared payroll in**<br>**2015** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Case 3:16-bk-08107    Doc 31    Filed 02/01/17    Entered 02/01/17 10:49:22    Desc Main
                    Document        Page 30 of 38

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **James Adams**<br>**104 Cavalcade Dr.**<br>**Franklin, TN 37069** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Adams** | **104 Cavalcade Dr.**<br>**Franklin, TN 37069** | | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | * | | | **See Answer to Question 4.** |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2017**

**/s/ James D. Adams**                                    **James D. Adams**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President & CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **PreSys Data, LLC**            Case No.    **16-08107**
                         Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 1, 2017**                **/s/ James D. Adams**

                                       **James D. Adams**/**President & CEO**
                                       Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

PRESYS DATA, LLC
104 CAVALCADE DRIVE
FRANKLIN TN 37069

JOHN C. MCLEMORE
LAW OFFICE OF JOHN C. MCLEMORE, PLLC
2000 RICHARD JONES ROAD, SUITE 250
NASHVILLE, TN 37215

IRS
MDP 146
801 BROADWAY
NASHVILLE TN 37203

TN ATTY GENERAL'S OFFICE
BANKRUPTCY DIVISION
P. O. BOX 20207
NASHVILLE TN 37202-0207

OFFICE OF ASSISTANT U. S. TRUSTEE
MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY, SUITE 318
NASHVILLE TN 37203

ADVANCED TEST EQUIPMENT RENTALS
10401 ROSELLE STREET
SAN DIEGO CA 92121

AT&T
8625 CROWN CRESCENT CT.
CHARLOTTE NC 28247

AT&T
P.O. BOX 9100
FARMINGDALE NY 11735-9100

AT&T
P.O. BOX 5080
CAROL STREAM IL 60197

AT&T
P.O. BOX 5025
CAROL STREAM IL 60197

AT&T
P.O. BOX 5093
CAROL STREAM IL 60197

AT&T
P.O. BOX 5014
CAROL STREAM IL 60197

ATMOS ENERGY
P.O. BOX 2207
AUGUSTA GA 30903

BELL CANADA
C.P./P.O. BOX 8712
MONTREL, QUEBEC H3C3P6

BIG HEAD WEB HOST
P.O. BOX 24713
KNOXVILLE TN 37933

BRADLEY V. BAGGETT
1206 BAY STREET
MOREHEAD CITY NC 28557

BRADSHER & BRIGHT, LLC
DBA ALPHAGRAPHICS
600 B FRAZIER DRIVE, SUITE 130
FRANKLIN TN 37064

BRADSHER & BRIGHT, LLC
DBA ALPHAGRAPHICS
600 B FRAZIER DRIVE., SUITE 130
FRANKLIN TN 37064

CALEB A. WOOD
6532 CEDAR BREEZE ROAD
KNOXVILLE TN 37918

CENTURY/LINK
P.O. BOX 91154
SEATTLE WA 98111

CHARTER COMMUNICATIONS
P.O. BOX 790086
SAINT LOUIS MO 63179

CHARTER COMMUNICATIONS
P.O. BOX 60187
LOS ANGELES CA 90060

CHRIS MCGHEE
1541 MORRISON RD.
CONCORD NC 28025

CINCINNATI INSURANCE
44 VANTAGE WAY, SUITE 500
NASHVILLE TN 37228

CLERK & MASTER
ONE PUBLIC SQUARE, SUITE 308
NASHVILLE TN 37201

COMCAST
P.O. BOX 530098
ATLANTA GA 30353

COMCAST
P.O. BOX 3001
SOUTHEASTERN PA 19398

COREY PAINTER
10518 TRUELIGHT CHURCH ROAD
MINT HILL NC 28270

COX BUSINESS
P.O. BOX 1259, DEPT. #102434
OAKS PA 19456

COX BUSINESS
P.O. BOX 1259, DEPT. #99507
OAKS PA 19456

DISCOVERORG, LLC
P.O. BOX 1389
KENNER LA 70063

EDWIN L. MAGRAS
5305 COCHRAN DRIVE
NASHVILLE TN 37220

FAIRPOINT COMMUNICATIONS
P.O. BOX 5200
WHITE RIVER JUNCTION VT 05001

FRONTIER COMMUNICATIONS
1500 MACCORKLE AVE. SE
CHARLESTON WV 25396

GRAYBAR ELECTRIC COMPANY, INC.
501 UNION STREET, SUITE 701
NASHVILLE TN 37219

IRS
MDP 28
801 BROADWAY
NASHVILLE TN 37203

JAMES ADAMS
104 CAVALCADE DRIVE
FRANKLIN TN 37069

JEREMY R. CADDELL
331 FOX HUNTERS COURT
POWELL TN 37849

JILL HUDSON, ATTORNEY AT LAW
136 4TH AVE. S.
FRANKLIN TN 37064

JOHN LELAND MURPHREE
MAYNARD COOPER & GALE PC
1901 6TH AVE. N, SUITE 2400
BIRMINGHAM AL 35203

JONATHAN B. HARRIS
MORGAN, AKINS & CLARK, PLLC
2000 RICHARD JONES RD., STE. 260
NASHVILLE TN 37215

JORDAN T. DAVIS
7713 FREEWAY HEIGHTS
KNOXVILLE TN 37938

KRYSTOPHER WRENN
2614 HEMPLE STREET
CHESAPEAKE VA 23322

MATTHEW B. CADDELL
2801 LINDSEY MILL CIRCLE
ROCKY TOP TN 37769

MICHAEL ROMERO
1716 TERRA COTTA DRIVE
RIVIRA BEACH FL 33404

NICHOLAS HALL
331 FOX HUNTERS COURT
POWELL TN 37849

NORBERTO BELLRAN
6626 E. LOWE AVE.
FRESNO CA 93727

OSCAR RODRIGUEZ
435 PERRY AVE.
GREENACRES FL 33463

PITNEY BOWES
2225 AMERICAN DRIVE
NEENAH WI 54956

SENAI SINTAYEHU
1513 MOUNT MITCHELL CT.
ANTIOCH TN 37013

STATE OF FL
DEPARTMENT OF REVENUE
1415 W. US HIGHWAY
LAKE CITY FL 32055

STATE OF NC
DEPARTMENT OF REVENUE
2800 HEART DR.
ASHEVILLE NC 28806

```
STATE OF TN
312 ROSA L. PARKS AVE., 6TH FL.
NASHVILLE TN 37243

STATE OF TN
DEPT OF LABOR AND WORKFORCE
P.O. BOX 24150
NASHVILLE TN 37202

STATE OF TN
DEPARTMENT OF REVENUE
P.O. BOX 739
COLUMBIA TN 38402

SUNBELT RENTALS, INC.
P. O. BOX 409211
ATLANTA GA 30384-9211

TEKLINKS, INC.
201 SUMMIT PARKWAY
BIRMINGHAM AL 35209

THOMAS RICHARDSON
357 LAKEMONT CIRCLE
FRANKLIN TN 37067

VERIZON
P.O. BOX 15124
ALBANY NY 12212

WILLIAM C. WOFFORD
19113 AMBLANCE WAY
FRANKLIN TN 37067

WILLIAMSON COUNTY AND THE
  CITY OF FRANKLIN
P.O. BOX 648
FRANKLIN TN 37065
```