**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>PreSys Data, LLC<br><br><br>DEBTOR. | CASE NO. 16-08107-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |

### CERTIFICATE OF MAILING

      Notice of the 11 U.S.C. § 341 Meeting of Creditors Continuance was sent to the U.S. Trustee via the U.S. Bankruptcy Court's Electronic Filing System. I hereby certificate that I have also sent a copy by U.S. Mail, postage prepaid to the Debtor and all other creditors and parties of interest, whose names and addresses appear on the mailing matrix on file with this Court.

      Dated this the 1st day of February, 2017.

                                            Respectfully submitted,

                                            */s/ John C. McLemore, Trustee*
                                            John C. McLemore, Trustee
                                            Tn. Bar No. 3430
                                            2000 Richard Jones Rd., Ste. 250
                                            Nashville, TN  37215
                                            (615) 383-9495 (phone)
                                            (615) 292-9849 (fax)
                                            **jmclemore@gmylaw.com**

PRESYS DATA, LLC
104 CAVALCADE DRIVE
FRANKLIN TN 37069

JOHN C. MCLEMORE
LAW OFFICE OF JOHN C. MCLEMORE, PLLC
2000 RICHARD JONES ROAD, SUITE 250
NASHVILLE, TN 37215

IRS
MDP 146
801 BROADWAY
NASHVILLE TN 37203

TN ATTY GENERAL'S OFFICE
BANKRUPTCY DIVISION
P. O. BOX 20207
NASHVILLE TN 37202-0207

OFFICE OF ASSISTANT U. S. TRUSTEE
MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY, SUITE 318
NASHVILLE TN 37203

ADVANCED TEST EQUIPMENT RENTALS
10401 ROSELLE STREET
SAN DIEGO CA 92121

AT&T
8625 CROWN CRESCENT CT.
CHARLOTTE NC 28247

AT&T
P.O. BOX 9100
FARMINGDALE NY 11735-9100

AT&T
P.O. BOX 5080
CAROL STREAM IL 60197

AT&T
P.O. BOX 5025
CAROL STREAM IL 60197

AT&T
P.O. BOX 5093
CAROL STREAM IL 60197

AT&T
P.O. BOX 5014
CAROL STREAM IL 60197

ATMOS ENERGY
P.O. BOX 2207
AUGUSTA GA 30903

BELL CANADA
C.P./P.O. BOX 8712
MONTREL, QUEBEC H3C3P6

BIG HEAD WEB HOST
P.O. BOX 24713
KNOXVILLE TN 37933

BRADLEY V. BAGGETT
1206 BAY STREET
MOREHEAD CITY NC 28557

BRADSHER & BRIGHT, LLC
DBA ALPHAGRAPHICS
600 B FRAZIER DRIVE, SUITE 130
FRANKLIN TN 37064

BRADSHER & BRIGHT, LLC
DBA ALPHAGRAPHICS
600 B FRAZIER DRIVE., SUITE 130
FRANKLIN TN 37064

CALEB A. WOOD
6532 CEDAR BREEZE ROAD
KNOXVILLE TN 37918

CENTURY/LINK
P.O. BOX 91154
SEATTLE WA 98111

CHARTER COMMUNICATIONS
P.O. BOX 790086
SAINT LOUIS MO 63179

CHARTER COMMUNICATIONS
P.O. BOX 60187
LOS ANGELES CA 90060

CHRIS MCGHEE
1541 MORRISON RD.
CONCORD NC 28025

CINCINNATI INSURANCE
44 VANTAGE WAY, SUITE 500
NASHVILLE TN 37228

CLERK & MASTER
ONE PUBLIC SQUARE, SUITE 308
NASHVILLE TN 37201

COMCAST
P.O. BOX 530098
ATLANTA GA 30353

COMCAST
P.O. BOX 3001
SOUTHEASTERN PA 19398

COREY PAINTER
10518 TRUELIGHT CHURCH ROAD
MINT HILL NC 28270

COX BUSINESS
P.O. BOX 1259, DEPT. #102434
OAKS PA 19456

COX BUSINESS
P.O. BOX 1259, DEPT. #99507
OAKS PA 19456

DISCOVERORG, LLC
P.O. BOX 1389
KENNER LA 70063

EDWIN L. MAGRAS
5305 COCHRAN DRIVE
NASHVILLE TN 37220

FAIRPOINT COMMUNICATIONS
P.O. BOX 5200
WHITE RIVER JUNCTION VT 05001

FRONTIER COMMUNICATIONS
1500 MACCORKLE AVE. SE
CHARLESTON WV 25396

GRAYBAR ELECTRIC COMPANY, INC.
501 UNION STREET, SUITE 701
NASHVILLE TN 37219

IRS
MDP 28
801 BROADWAY
NASHVILLE TN 37203

JAMES ADAMS
104 CAVALCADE DRIVE
FRANKLIN TN 37069

JEREMY R. CADDELL
331 FOX HUNTERS COURT
POWELL TN 37849

JILL HUDSON, ATTORNEY AT LAW
136 4TH AVE. S.
FRANKLIN TN 37064

JOHN LELAND MURPHREE
MAYNARD COOPER & GALE PC
1901 6TH AVE. N, SUITE 2400
BIRMINGHAM AL 35203

JONATHAN B. HARRIS
MORGAN, AKINS & CLARK, PLLC
2000 RICHARD JONES RD., STE. 260
NASHVILLE TN 37215

JORDAN T. DAVIS
7713 FREEWAY HEIGHTS
KNOXVILLE TN 37938

KRYSTOPHER WRENN
2614 HEMPLE STREET
CHESAPEAKE VA 23322

MATTHEW B. CADDELL
2801 LINDSEY MILL CIRCLE
ROCKY TOP TN 37769

MICHAEL ROMERO
1716 TERRA COTTA DRIVE
RIVIRA BEACH FL 33404

NICHOLAS HALL
331 FOX HUNTERS COURT
POWELL TN 37849

NORBERTO BELLRAN
6626 E. LOWE AVE.
FRESNO CA 93727

OSCAR RODRIGUEZ
435 PERRY AVE.
GREENACRES FL 33463

PITNEY BOWES
2225 AMERICAN DRIVE
NEENAH WI 54956

SENAI SINTAYEHU
1513 MOUNT MITCHELL CT.
ANTIOCH TN 37013

STATE OF FL
DEPARTMENT OF REVENUE
1415 W. US HIGHWAY
LAKE CITY FL 32055

STATE OF NC
DEPARTMENT OF REVENUE
2800 HEART DR.
ASHEVILLE NC 28806

STATE OF TN
312 ROSA L. PARKS AVE., 6TH FL.
NASHVILLE TN 37243

STATE OF TN
DEPT OF LABOR AND WORKFORCE
P.O. BOX 24150
NASHVILLE TN 37202

STATE OF TN
DEPARTMENT OF REVENUE
P.O. BOX 739
COLUMBIA TN 38402

SUNBELT RENTALS, INC.
P. O. BOX 409211
ATLANTA GA 30384-9211

TEKLINKS, INC.
201 SUMMIT PARKWAY
BIRMINGHAM AL 35209

THOMAS RICHARDSON
357 LAKEMONT CIRCLE
FRANKLIN TN 37067

VERIZON
P.O. BOX 15124
ALBANY NY 12212

WILLIAM C. WOFFFORD
19113 AMBLANCE WAY
FRANKLIN TN 37067

WILLIAMSON COUNTY AND THE
 CITY OF FRANKLIN
P.O. BOX 648
FRANKLIN TN 37065

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| IN RE:<br><br>PreSys Data, LLC<br><br>DEBTOR. | CASE NO. 16-08107-CW3-7<br>CHAPTER 7<br>JUDGE Charles M. Walker |
|---|---|

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

You are hereby notified that the 11 U.S.C. § 341 Meeting of Creditors for the above-referenced Debtor has been rescheduled for Monday, February 6, 2017 at 3:00 p.m., Customs House, 701 Broadway, Room 100, Nashville, Tennessee 37203.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9849 (fax)
**jmclemore@gmylaw.com**