# United States Bankruptcy Court
## Middle District of Tennessee

In re  **PreSys Data, LLC**  
Debtor(s)

Case No.  **16-08107**  
Chapter  **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

**The Creditor's former mailing address was:**

Name:  **Corey Painter**

Address:  **10518 Truelight Church Road**  
**Mint Hill, NC 28270**

**Please be advised that effective February 7, 2017, the Creditor's new mailing address is:**

Name:  **Corey Painter**

Address:  **1468 Valley Pike**  
**Lexington, VA 24450-3323**

/s/ John C. McLemore, Trustee  
**John C. McLemore, Trustee**  
2000 Richard Jones Rd., Ste. 250  
Nashville, TN 37215  
(615) 383-9495 (phone)  
(615) 292-9848 (fax)  
jmclemore@gmylaw.com